UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>SERGIO BAUTISTA-BENITEZ,<br><br>                             Defendant. | Case No.:  04cr02882 JAH<br><br>**ORDER DENYING MOTION TO REDUCE SENTENCE [Doc. No. 56]** |

    Pending before the Court is Defendant's motion to reduce his sentence pursuant to 18 U.S.C. section 3582.  Defendant requests retroactive application of Amendment 782, which revised the guidelines applicable to drug offenses by reducing the offense levels for drug and chemical quantities.  Under section 3582(c), a court may modify a term of imprisonment "if a defendant has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission."  The government opposes the motion and argues Defendant is not entitled to a reduction because he received a mandatory minimum sentence and his guidelines do not change under the amended guidelines.

    This Court sentenced Defendant to a 120 month mandatory minimum term of imprisonment.  *See* 21 U.S.C. § 960(b)(1).  Because Defendant was sentenced to a statutory mandatory minimum term of imprisonment, Amendment 782 does not have the effect of

lowering his guideline range. As such, he is not entitled to relief under section 3582. *See* USSG § 5G1.1(c); *United States v. Paulk*, 569 F.3d 1094 (9th Cir 2009).

Accordingly, IT IS HEREBY ORDERED Defendant's motion for reduction of sentence is **DENIED**.

DATED:   December 6, 2021

_____
JOHN A. HOUSTON
United States District Judge